UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2873<br><br>**This Document Relates to:**<br>George Kunz v. 3M et al.<br>2:24-cv-02960-RMG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF GEORGE KUNZ PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff George Kunz hereby dismisses his claims in the above-captioned action against all named Defendants without prejudice. This notice of dismissal is effective only to the claims of George Kunz and does not have any effect on other claims brought by any of Plaintiffs within the above captioned action.

Dated: May 7, 2025

                                                Respectfully submitted by,

                                                By:*/s/ J. Edward Bell, III*

                                                J. Edward Bell, III (#1280)
                                                Gabrielle A. Sulpizio (#12715)
                                                **BELL LEGAL GROUP**
                                                219 N. Ridge Street Georgetown, SC
                                                TEL: (843) 546-2408
                                                FAX: (843) 546-9604
                                                jeb@belllegalgroup.com
                                                gsuplizio@belllegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ J. Edward Bell, III*
J. Edward Bell, III